IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 11 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01972-PAB

ANETT HARP,

      Plaintiff,

v.

DEPARTMENT OF HUMAN SERVICES, COLORADO MENTAL HEALTH INSTITUTE
AT PUEBLO,

      Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This matter comes before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain

a waiver of service from the defendant. If unable to do so, the United States Marshal

shall serve a copy of the complaint, summons, order granting leave to proceed pursuant

to 28 U.S.C. § 1915, and all other orders upon the defendant. All costs of service shall

be advanced by the United States.

DATED August 9, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01972-PAB-CBS

Anett Harp
27 Wasatch Dr.
Pueblo, CO 81005

US Marshal Service
Service Clerk
Service forms for: Department of Human Services, Colorado Mental Health Instutute at Pueblo,

.

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Department of Human Services, Colorado Mental Health Instutute at Pueblo.: TITLE VII COMPLAINT FILED 07/29/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on August 11, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
                Deputy Clerk