IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-01972-PAB-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: June 8, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*  

ANETT HARP,

    Plaintiff,

v.

DEPARTMENT OF HUMAN SERVICES,

    Defendant.

*Counsel:*

*Pro Se (appearing by telephone)*

Stephanie Lindquist Scoville

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session:** 11:07 a.m.
Court calls case. Appearances of counsel.

Discussion between the court and Ms. Harp regarding the reason she is not physically present, as expected, for this hearing.

The court addresses the parties regarding the defendant's MOTION to Compel Discovery Responses And Extend Discovery And Dispositive Motions Deadlines (Docket No. 27, filed on 5/30/2012).

Ms. Harp informs the court that she has mailed out her responses to the defendant's requests for production. Discussion between the court and defense counsel regarding what has been received (interrogatories) and what has not been received (requests for production). Discussion between the court and Ms. Harp regarding exactly what she sent out, damages claim, imposing sanctions, and Rule 37 (a)(5) pertaining to the awarding of attorneys fees and costs.

**ORDERED:** The court **DENIES without prejudice** the defendant's MOTION to Compel Discovery Responses And Extend Discovery And Dispositive Motions Deadlines (Docket No. 27, filed on 5/30/2012).

Ms. Harp informs the court that she has signed and dated a release form but it is not notarized. Ms. Scoville makes an oral motion to extend the discovery deadlines. Discussion between the court and Ms. Harp regarding whether or not she plans to conduct any discovery and if she will have any witnesses.

**ORDERED:**   The court shall extend the discovery cut off date to **July 15, 2012**. The dispositive motions deadline is extended to **August 16, 2012**.

Ms. Scoville makes an oral motion to discuss with Ms. Harp a new date for taking her deposition. After discussion between the parties, Ms. Harp states that **July 10, 2012** works for her. Ms. Scoville will re-notice Ms. Harp of this deposition.

HEARING CONCLUDED.

**Court in recess**:   **11:28 a.m.**
Total time in court:   00:21

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.